IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESIA ALEXANDER,

    *Plaintiff*,

v.                            CASE NO.  4:19cv138-MW/CAS

UNITED STATES OF AMERICA,
and PAUL ROLSTON,

    *Defendants*.

_____/

**SUPPLEMENTAL ORDER REGARDING PLAINTIFF'S FIRST
AMENDED COMPLAINT**

This Court raises sua sponte its concerns with the first amended complaint filed by Plaintiff on October 15, 2019. *See* ECF No. 21. It does not appear that Plaintiff has complied with the procedure set forth in Federal Rule of Civil Procedure 15. First, Plaintiff filed her amended complaint more than 21 days after the United States served its answer to Plaintiff's complaint. *See* Fed. R. Civ. P. 15(a)(1)(B) (a party may amend its pleading once as a matter of course within 21 days after service of a responsive pleading). Second, Plaintiff did not seek this Court's leave, nor is there any indication that Plaintiff obtained Defendants' written consent prior to filing her first amended complaint. *See* Fed. R. Civ. P. 15(a)(2).

"In general if any amendment that cannot be made as of right is served without obtaining the court's leave or the opposing party's consent, *it is without legal effect*

*and any new matter it contains will not be considered unless the amendment is resubmitted for the court's approval."* Hoover v. Blue Cross & Blue Shield of Ala., 855 F.2d 1538, 1544 (11th Cir. 1988) (emphasis in original) (internal quotation marks and citation omitted).

In order to avoid confusion as to which complaint is the operative pleading, this Court deems Plaintiff's first amended complaint, ECF No. 21, a nullity. If Plaintiff wishes to amend her complaint, Plaintiff shall, **within ten (10) days from the date of this order**, follow the procedure for amending her complaint as set forth in Rule 15(a)(2) and Local Rule 15.1.

**SO ORDERED on October 16, 2019.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**