IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARNESIA ALEXANDER,**

     **Plaintiff,**                     **Case no. 4:19-cv-00138-MW-CAS**

**v.**

**UNITED STATES OF AMERICA and
PAUL ROLSTON,**

     **Defendants.**

_____/

## FIFTH JOINT STATUS REPORT ON DISCOVERY

On July 22, 2019, this Court issued an Initial Scheduling Order (Doc 6) in this case. Section (1)(b) of the Scheduling Order requires the parties to file a joint status report monthly "stating what discovery requests each party has made and the status of the response to each request." (*Id.* at 2).

Defendant, United States of America (hereinafter, "USA"), responded to Plaintiff's Interrogatories and Requests for Admission on November 22, 2019.  USA also responded to Plaintiff's Requests for Production on November 29, 2019.  Further, USA responded to Defendant Rolston's Interrogatories on December 3, 2019, and Defendant Rolston's Second Request for Production on December 12, 2019.

Respectfully submitted this 23rd day of December, 2019.


LAWRENCE KEEFE
United States Attorney


*/s/Winifred L. Acosta*
WINIFRED L. ACOSTA
Assistant United States Attorney
Florida Bar No. 0076333
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: 850-942-8430
Fax: 850-942-8448
Email: winifred.acosta@usdoj.gov
Attorney for United States of America


*/s/J. Steven Carter*
J. Steven Carter
Florida Bar No. 896152
scarter@henryblaw.com
Miriam R. Coles
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, FL 32317-4079
Telephone: (850) 222-2920
Facsimile: (850) 224-0034
Attorney for Paul Rolston


*/s/James V. Cook*
James V. Cook, Esq.
Florida Bar No. 966843
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836
Email: cookjv@gmail.com


*/s/Richard E. Johnson*
Richard E. Johnson, Esq.
Florida Bar No. 858323
Law Office of Richard E. Johnson
314 W. Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836
Email: richard@nettally.com
Attorney for Plaintiff