# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CHARNESIA ALEXANDER,**

    *Plaintiff*,

v.                                    CASE NO.  4:19cv138-MW/CAS

**UNITED STATES OF AMERICA,
and PAUL ROLSTON,**

    *Defendants*.

_____/

## ORDER EXPEDITING RESPONSE TO PLAINTIFF'S MOTION FOR LATE SUBMISSION OF EXPERT OPINION

Plaintiff has moved this Court for leave to present an expert report after the expiration of the expert disclosure deadline. ECF No. 47. Defendants shall file their response **on or before March 10, 2020**. *See* N.D. Fla. Loc. R. 7.1(E) ("*Unless otherwise ordered*, the deadline for a memorandum opposing a motion . . . is 14 days after service of the motion.") (emphasis added).

    **SO ORDERED on March 3, 2020.**

                                            **s/Mark E. Walker_____
                                            Chief United States District Judge**