# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHARNESHA ALEXANDER,**

   *Plaintiff*,

v.                                             CASE NO.: 4:19cv138-MW/CAS

**UNITED STATES OF AMERICA**
**and PAUL ROLSTON,**

   *Defendants*.

_____/

## ORDER REQUIRING EXPEDITED RESPONSES

Plaintiff has moved for a protective order preventing the re-deposition of witness Michelle Morton. ECF Nos. 57 & 58. Defendants shall file expedited responses **on or before Friday, March 27, 2020**.

**SO ORDERED on March 20, 2020.**

                                               <u>s/Mark E. Walker         </u>
                                               **Chief United States District Judge**