UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.

    Case No. 4:19-cv-00138-MW/CAS

UNITED STATES OF AMERICA
and PAUL ROLSTON,

    Defendants.

**DEFENDANTS' JOINT MOTION TO TAKE
MICHELLE MORTON'S DEPOSITION OUT OF TIME**

COME NOW Defendants, through their respective counsel, move this Honorable Court to allow Defendants to take Michelle Morton's deposition after the close of discovery due to Bureau of Prisons restrictions surrounding Covid-19. Plaintiff's counsel does not oppose this requested relief.  In support thereof, Defendants state as follows:

1.    On March 17, 2020, this Court granted Defendant United States' Motion for Leave to Depose Inmates Michelle Morton and Shondolyn Blevins. [ECF No. 56].

2.    On March 31, 2020, this Court issued an order on Plaintiff's Motion for a Protective Order under Rule 26(c)(1), limiting the scope of Ms. Morton's deposition.  [ECF No. 63].

1

3. Accordingly, Counsel for United States then scheduled Ms. Morton's deposition for April 9, 2020.

4. Ms. Morton, however, has recently transferred to FCI Dublin in California. She arrived on March, 30, 2020, and is still under her mandatory 14-day quarantine for new inmates, a nationwide Bureau of Prisons policy due to Covid-19. FCI Dublin anticipates her transfer to the main facility sometime this week.

5. The Unit Manager at FCI Dublin advised that she could accommodate Ms. Morton's deposition during the week of April 27, 2020.

6. The parties have held April 29, 2020, at 11:30 am, for Ms. Morton's deposition and are awaiting confirmation from the institution.

7. The discovery deadline in this matter is April 21, 2020.

8. This deposition will be conducted via video conference or telephonically due to the Covid-19 pandemic.

9. Counsel for Plaintiff Charnesha Alexander does not oppose this requested relief.

WHEREFORE, the Parties ask this Honorable Court for leave to take Michelle Morton's deposition after the April 21, 2020, discovery deadline, and grant any other relief it deems just and proper.

Respectfully submitted on April 14, 2020.

| | |
|---|---|
| */s/ Marie A. Moyle* | */s/ J. Steven Carter* |
| MARIE A. MOYLE | J. STEVEN CARTER, ESQ. |
| Assistant U.S. Attorney | Florida Bar No. 896152 |
| Florida Bar No. 1003498 | scarter@henryblaw.com |
| 111 North Adams Street, 4th Floor | MIRIAM R. COLES |
| Tallahassee, FL 32301 | Florida Bar No. 58402 |
| Tel. 850-212-1340 | mcoles@henryblaw.com |
| Fax: 850-942-8448 | Post Office Drawer 14079 |
| Email:  marie.moyle@usdoj.gov | Tallahassee, Florida 32317-4079 |
| Attorney for United States of America | Tel.:  (850) 222-2920 |
| | Fax:  (850) 224-003 |
| | Counsel for Defendant Rolston |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion was sent electronically via CM/ECF to James v. Cook, Esq., and Richard E. Johnson, counsel for Plaintiff, and Steven Carter, Attorney for Defendant, Paul Rolston, on this 14th day of April, 2020.

/s/ Marie A. Moyle
MARIE A. MOYLE
Assistant U.S. Attorney