# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.

UNITED STATES OF AMERICA
and PAUL ROLSTON,

    Defendants.

Case No. 4:19-cv-138-MW-MAF

## NINTH JOINT STATUS REPORT ON DISCOVERY

On July 22, 2019, this Court issued an Initial Scheduling Order in this case. [ECF No. 6]. Section (1)(b) of the Scheduling Order requires the parties to file a joint status report monthly "stating what discovery requests each party has made and the status of the response to each request." *Id.* at 2.

Discovery is closed in this matter. Since May 8, 2020, the Court granted the parties' Joint Motion to Disclose Dr. Wolf's Expert Opinion and Take His Deposition out of Time. [ECF No. 82]. Defendant United States will disclose Dr. Wolf's opinion by June 8, 2020, and the parties have scheduled his deposition for June 17, 2020, if needed. On May 12, 2020, this Court denied Plaintiff's Motion to Compel Better Answers from Defendant United States as it related to its written discovery. [ECF No. 83].

1

Defendant Paul Rolston has filed a Motion for Summary Judgment and Plaintiff responded in opposition on June 2, 2020. After briefing is completed on this matter, it will be ripe for the Court's consideration.

Respectfully Submitted on June 8, 2020,

/s/Marie A. Moyle
KATHRYN W. DREY, ESQ.
Assistant United States Attorney
Florida Bar No. 142492
Email: kathryn.drey@usdoj.gov
MARIE A. MOYLE, ESQ.
Assistant United States Attorney
Florida Bar No. 1003498
Email: marie.moyle@usdoj.gov
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: 850-942-8430
Fax: 850-942-8448
Attorney for United States of America

/s/J. Steven Carter
J. STEVEN CARTER, ESQ.
Florida Bar No. 896152
scarter@henryblaw.com
MIRIAM R. COLES, ESQ.
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, FL 32317-4079
Telephone: (850) 222-2920
Facsimile: (850) 224-0034
Attorneys for Paul Rolston

/s/James V. Cook
JAMES V. COOK, ESQ.
Florida Bar No. 966843
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836
Email: cookjv@gmail.com

/s/Richard E. Johnson
RICHARD E. JOHNSON, ESQ.
Florida Bar No. 858323
Law Office of Richard E. Johnson
314 W. Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 425-1997
Facsimile: (850) 561-0836
Email: richard@nettally.com

Attorneys for Plaintiff