To:
Cheif Judge Mark E. Walker
Magistrate Judge Martin A. Fitzpatrick

I'm writing you is because since i was able to conference and have deposition with the goverment and attorneys i haven't had a voice besides the questions that are asked or my truth of the sexual assault which has happen to me between the two parties i really need to communicate with someone who is not only mutual but will have a part in this case, I'm illiterate when it comes to the do's and donts of my chain of command outside of my attorney whether im making the right decesions i'm not for sure but im willing to take the chance only because how things have been handled thus far as a business i dont think you will be concerned with money as much as justice in which the position you are in. On the following pages are what i have to say....

FILED USDC FLND TL
JUL 7 '20 AM 11:50

7.6.2020

Greetings, June 19, 2020

Cheif Judge Mark E. Walker
Magistrate Judge Martin A. Fitzpatrick

My name is Charnesha Alexander. I am a Federal inmate with a pending civil suite. In your court for a Pending Matter to resolve an sexual assault I experinced by a doctor employeed by the Burea of Prisons. I think of the definition of Resolve, It is defined as a formal resolution. The emotional, mental & invasion of Privacy I experienced will never be resolved. Although everyday i put my best foot forward to move in the right direction. The Post traumatic stress, has affected me. I can no longer experince a pap smear or a menstrual cycle without reliving the helplessness I felt, Wanting to scream out but having to challenge my thoughts because I am a inmate. I excercise no authority in prison, where everybody is treated like the number assigned to them and not like the human they are. Just because i compromised my values and morals by breaking the law, should these in authority have the absolute power to compromise my body? Can my trauma ever reach a formal resolution? So many questions In my head unanswered I will tell you I do not feel safe in the BOP. I often wake up in Nightmares. At count time in the middle of the night It is primarily men wearing dark

2

Clothes with flash lights. My body goes into full panic attack mode. I fear that I am having a heart attack. I know the likelihood of me experincing another sexual assault is slim. I know intellectually that it just counttime, a regular occurrence, but mentally my body prepares for "fight or flight" The Covid-19 Panademic has me reevualting what is important to me I can tell you with absolute certainity that I valued money greatly, in my past which is what led me here In prison away from my children and family. Subjected to the abuse of ~~officers~~ Authority by others. Money is important but my freedom is more important. There is no monetary settlement that i could be awarded that would alleviate my pain. Two times this year i had a conference with the goverment and attorneys. I was ask to tell my story truthfully towards the end i was shown a amount for 5,000,000 per request i stated there is no amount small/big that could help me get over what was done to me. Months later i had a conference call to negotiate a amount to settle (not to remove Mr. Rolston from his job, not to imprison Mr. Rolston for the crime committed, no counseling offered because i havent utilized the counseling in the same enviorment of which this happen with people I no longer trust) instead a money amount that both parties argued over the horrified, unforgetable situation that happen to me! I sat there from 8:00 am to 3:00 pm disgusted, embarrssed, and insulted

that i was sitting in the midst of a business deal when it came to my life! Money will not resolve my trauma, Money will not make the abuse go away, Money will not give me a sense of peace, Money will not un-do the violation to what was sacred ground to me. But the society we live in, Money is the God most people serve, Justice is what i was seeking when this suite begin. I wanted the person responsible to be held accountable. The loss of freedom and the loss of money is two things that makes a man re think his actions. In the interest of Justice. The attorney general has ask for increased releasing due to the panademic and the ability to social distance. I've witnessed Multiple women experince freedom because of what could happen with the Insidous Covid-19. I am perplexed at this times. What about what did happen to me? We are on lockdown piled on top of each other. My Ptsd is out of control, my safety was jeporadized. I know Covid-19 causes respiratory problems that hinder your ability to breathe a very serious matter. I wish i could explain how many ways I feel hindered in my ability to breathe, to relax, not to be scared to trust staff or others in prison. Sexual assault has happened to many women. My case is not unique. But I feel all together alone. I am asking you to give me the one thing that money cant purchase for me which is my freedom. Please remove me from this enviorment so my healing can begin. I am surviving, but I am not blooming where I am planted

I am like a flower snatched from the soil and sunlight that provided the nutrients needed to grow. Please release me from this captivity I am in please rule in my favor of a non-monetary settlement on my behalf with no trial! Money can be made easily it has been here before i came into this world it will be here when i leave. But one's sense of safety and peace is hard to reestablish since it is violated. As a Federal Judge you have the ability to use the power you have to right the BOP wrongs in a sense and show me that the federal goverment does care that I am more than a inmate #15404002. I am asking for the ability for my healing to begin. I am physically trapped by the barbed wire fences that keep me locked in. Mentally and emotionally I am surrounded by fences and chained in by sexual abuse that I did not ask for. Please release the physical chains, so I can begin the work of releasing the internal chains of abuse. Putting a end to this terrible nightmare. I want to end this with my belief which many may think is a criminal tactic but for me it has kept me sane. Luke 18:1-8 Then jesus told his disciples a parable to show them that they should always pray and never give up. He said "In a certain town there was a judge who neither feared God nor cared what people thought. And there was a widow in that town who kept coming to him with the plea, Grant me justice against my adversary. For some time he refused. But finally

he said to himself, Even though I dont fear God or care what people think, yet because this widow keeps bothering me, I will see that she gets justice, so that she won't eventually come and attack me! And the lord said," Listen to what the unjust judge says. And will not God bring about justice for his chosen ones, who cry out to him day and night? Will he keep putting them off? I tell you, he will see that they get justice, and quickly. However, when the Son of man comes, will he find faith on earth?"

Charnesha Alexander #1540402
Charnesha Alexander  June 19, 2020

Charnesha Alexander 15404002
Federal Correctional Institution Unit E
P.O. Box 1731
Waseca, MN 56093

JUN 22 2020



7020 3ES 0000 0h90 0205

32301-773097

CERTIFIED MAIL

Cheif Judge Mark E. Walker
Magistrate Judge Martin A. Fitzpatrick
United States Courthouse
111 N. Adams Street
Tallahassee Fl 32301-7730