# United States District Court
## CIVIL MINUTES - GENERAL

Date: July 30, 2020　　　　　　　　　　　　　　Case Nos.: 4:18cv177-RH/4:19cv138-RH
Time: 2:17 – 3:30 p.m.

### MICHELLE MORTON v. PAUL ROLSTON et al.
### CHARNESHA ALEXANDER v. UNITED STATES OF AMERICA et al.

DOCKET ENTRY: Telephonic Motion Hearing held. Court hears argument of counsel on the Motion for Summary Judgment and Motion to Consolidate. Parties discuss procedures for trial during the pandemic. Ruling by Court: Motion for Summary Judgment is denied. Motion to Consolidate is granted. Trial is set for December 7, 2020. A status conference will be set a couple months out. An order is forthcoming.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

　　　　　Cindy Markley　　　　　　　　　Megan Hague
　　　　　Deputy Clerk　　　　　　　　　　Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFFS:
James Cook - Speaker
Richard Johnson - Speaker

ATTORNEYS APPEARING FOR DEFENDANTS:
Steven Carter (for Rolston) - Speaker
Marie Moyle (for USA) - Speaker
Kathryn Drey (for USA)
Mary Couch (for USA)
Peter Fisher (for USA)

　　　　　　　　　　　　　　　　　　　　　　　　　Initials of the Clerk:  ckm