# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>May 20, 2021</u>                                  Case No.: <u>4:19cv138-RH</u>
Time: <u>9:59 – 11:40 a.m.</u>

CHARNESHA ALEXANDER. v. UNITED STATES OF AMERICA et al.

---

DOCKET ENTRY:  Telephonic Pretrial Conference held.  Plaintiff counsel provides update on plaintiff's status.  Court hears argument of counsel on plaintiff's ore tenus motion to continue trial. Court hears argument of counsel on pending motions in limine.  Court conducts pretrial conference and parties discuss trial procedures.  Ruling by Court:  Motion to continue is denied at this point. A telephonic status conference will be set in approximately one week.  An order will follow.

---

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>                          <u>Lisa Snyder</u>
Deputy Clerk                             Court Reporter

---

ATTORNEYS APPEARING FOR PLAINTIFF:
James Cook
Richard Johnson


ATTORNEYS APPEARING FOR DEFENDANTS:
Marie Moyle (for USA)
Peter Fisher (for USA)
Mary Ann Couch (for USA)
Steven Carter (for Rolston)
Miriam Coles (for Rolston)