UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
PAUL ROLSTON,

    Defendants.

Case No: 4:19-cv-138-RH-MAF

**PLAINTIFF'S SECOND AMENDED WITNESS LIST**

NOTICE IS HEREBY GIVEN that the Plaintiff will bring the following witnesses to testify at trial in the above-styled matter.

1. Charnesha Alexander
2. Lisa Tucker, MD
3. Letitia Davis
4. Patrice Jackson-Richardson
5. Jamelia Nix
6. Ronald Proffitt
7. Steven Rivera
8. Connie Batchelor
9. Beth Farber
10. Ashley Barnett
11. Shondolyn Blevins

12. Sonia Dodd

13. Daphne Rodriguez

14. Kalena Winston

15. Joann Bellamy

16. Any witnesses of other parties to which Plaintiff does not object.

                Respectfully Submitted,  *s/James V. Cook*
                                                JAMES V. COOK, ESQ., FBN 0966843
                                                Law Office of James Cook
                                                314 West Jefferson Street
                                                Tallahassee, Florida  32301
                                                850-222-8080; 850-561-0836 fax
                                                cookjv@gmail.com

                                                ATTORNEYS FOR PLAINTIFF

I CERTIFY a true copy hereof was served May 28, 2021, on all counsel registered with the CM-ECF electronic filing system.

                                                                               *s/James V. Cook*