UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
PAUL ROLSTON,

    Defendants.

Case No: 4:19-cv-138-RH-MAF

**DEFENDANT, UNITED STATES OF AMERICA'S,
RULE 26(a)(3) DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendant, United States of America hereby discloses as follows:

**A.** **The name and, if not previously provided, the address and telephone number of each witness—separately identifying those Defendant expects to present at trial other than solely for impeachment**:

Defendant, United States, identifies the following witnesses it expects to present at trial:

1. Charnesha Alexander
2. Letitia Davis
3. Kendall Fairchild
4. Tammy Garcia
5. Patrice Jackson-Richardson
6. Tammy Jones
7. Jada Newell

8. Dorinda Paynter
9. Ronald Proffitt
10. Jalandrian Reed
11. Jennifer Rogers
12. Paul Rolston
13. Harold White
14. Sam Wolf (Expert)
15. Any witness listed by Plaintiff or Defendant, Paul Rolston.

Defendant, United States, identifies the following witnesses it may present at trial if the need arises:

1. Lindsey George        (Records Custodian)
2. Monica Lasseter       (Records Custodian)

**B.      The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:**

Defendant identifies the following witnesses whose testimony may be presented by deposition:

1. Mark Foreman
2. Jameliah Nix

**C.      An identification of each document or other exhibit, including summaries of other evidence--separately identifying those items the party expects to offer and those it may offer if the need arises:**

| EXHIBIT NO. | DESCRIPTION | OBJECTION |
|---|---|---|
| 1 | Charnesha Alexander<br>2016 FCI TLH Medical Records<br>DISC-00000490-00000520 | |

| | | |
|---|---|---|
| 2 | Charnesha Alexander<br>Central File Records Excerpts<br>DISC-00000069-00000073,<br>DISC-00000125-00000194 | |
| 3 | Charnesha Alexander<br>Incident Report Form<br>DISC-00001265-00001291 | |
| 4 | Charnesha Alexander<br>SF-95 Administrative Tort Claim<br>DISC-00000936-00000940 | |
| 5 | Charnesha Alexander<br>Cop-Out<br>DISC-00000941 | |
| 6 | Charnesha Alexander Certified Judgment<br>(Uncertified Copy at DISC-00000005-00000010,<br>Certified at Barnett.001909-001915) | |
| 7 | Charnesha Alexander<br>OIA Investigation<br>DISC-00000557-00000605 | |
| 8 | Rolston Resume<br>DISC-00000606-00000613 | |

| | | |
|---|---|---|
| 9 | Rolston Background Check Certificate of Investigation DISC-00000630 | |
| 10 | Rolston USCIS I-9 DISC-00000628-00000629 | |
| 11 | Rolston Training Record DISC-00000633-DISC-00000635 | |
| 12 | Rolston Standards of Conduct BOP.00003042 | |
| 13 | Rolston Evaluations, 2015, 2016 DISC-00000614-DISC-00000622 | |
| 14 | Rolston Credentialing Barnett.004424-00440 | |
| 15 | Rolston Peer Review (2015) Barnett.004444-004448 | |
| 16 | Photographs of Offices Barnett.002297-002320 | |
| 17 | Program Statement 1210.24, Office of Internal Affairs, 5/20/2003 BOP.00000075-00000090 | |

| | | |
|---|---|---|
| 18 | Program Statement 3420.11, Standards of Employee Conduct, 12/6/2013 DISC-00000697-00000730 | |
| 19 | Program Statement 5324.12, PREA, 06/04/2015 DISC-00000874-00000935 | |
| 20 | Program Statement 6031.04, Patient Care DISC-00000731-00000788 | |
| 21 | SABPIP Institution Supplement 2015-03-15 DISC-00001184-DISC-00001187 | |
| 22 | Additional Guidance SABPIP 2013-05-09 DISC-00000944-DISC-00000947 | |
| 23 | Intake Screening Guidance 2014-09-11 BOP.00004005 | |
| 24 | ICT – I Instructor Guide (July 2013) DISC-00000983-DISC-00001007 | |

| | | |
|---|---|---|
| 25 | ICT – I<br>Participant Manual (July 2013)<br>DISC-00001008-DISC-00001035 | |
| 26 | ICT – I<br>Instructor Guide Appendix (July 2013)<br>DISC-00001036-DISC-00001037 | |
| 27 | ICT – I<br>Participant Manual Appendix (July 2013)<br>DISC-00001038-DISC-00001039 | |
| 28 | ICT-I Schedule<br>June 2016<br>DISC-00000949-DISC-00000953 | |
| 29 | Sexually Abusive Behavior Prevention and Intervention Program Admission and Orientation Lesson Plan<br>Barnett.001242-001248 | |
| 30 | ART SABPIP Annual Refresher<br>Instructor Notes, Annual Training 2015, 2016<br>DISC-00001057-DISC-00001085<br>DISC-00001169-DISC-00001183 | |
| 31 | ART SABPIP Annual Refresher<br>PPT<br>BOP.00004051-00004133 | |

| | | |
|---|---|---|
| 32 | ART SABPIP Annual Refresher Appendix<br>BOP.00004013-00004019 | |
| 33 | ART Schedule<br>2016<br>DISC-00000943 | |
| 34 | ART Sexually Abusive Behavior Prevention and Intervention Program Instructor Notes<br>Annual Training 2017<br>Barnett.001212-001226 | |
| 35 | Managing Female Offenders Cross Development Course<br>DISC-00000789-00000873 | |
| 36 | A & O Lesson Plan<br>November 13, 2014<br>Barnett.001242-001248 | |
| 37 | Inmate Handbook<br>2015:*https://www.bop.gov/locations/institutions/tal/TAL_aohandbook.pdf;* 2013:  Barnett.005382-005467. | |
| 38 | SABPIP Pamphlet  (2014)<br>DISC-00001041-DISC-00001046 | |
| 39 | PREA Poster<br>DISC-00001188 | |

| | | |
|---|---|---|
| 40 | Health Care Screening Guidelines<br>April 2013<br>Barnett.005268 | |
| 41 | Federal Bureau of Prisons: RN & APP Clinical Skills Training Program, Breast Examination, External Genital Examination, Pelvic/Bimanual Examination & Papanicolaou (PAP); Date: 7/25/2016<br>Barnett.004803-004832 | |
| 42 | FCI – TLH PREA Audit Report (2018)<br>*https://www.bop.gov/locations/institutions/tal/TAL_prea.pdf* | |
| 43 | FCI – TLH PREA Audit Report (2015)<br>DISC-00001190-DISC-00001210 | |
| 44 | ACA Report (2016)<br>BOP.00004178-00004229 | |
| 45 | OPs Review<br>BOP.00017330-BOP.00017341;<br>BOP.00017398-BOP.00017405 | |
| 46 | PRE Program Review<br>BOP.00017342-BOP.00017361 | |
| 47 | GSA – Refuge House, 2015<br>BOP.00017387-00017389 | |

| | | |
|---|---|---|
| 48 | GSA – Refuge House, 2016<br>BOP.00017406-00017413 | |
| 49 | Organization Chart<br>BOP.00000236 | |
| 50 | PA Position Description<br>BOP.00000237-00000245 | |
| 51 | Barnett Medical Records, BOP-00017414-00017461;<br>Barnett.000207-000208 | |
| 52 | DELETED | |
| 53 | Farber Medical Records<br>BOP.00017472-00017493 | |
| 54 | Rodriguez Medical Records<br>BOP.00017526-00017565 | |
| 55 | Batchelor Medical Records<br>BOP.00017462-00017471 | |
| 56 | Winston Medical Records<br>DISC-00002181-00002218 | |
| 57 | DELETED | |

| 58 | DELETED | |
|---|---|---|
| 59 | Blevins Medical Records<br>DISC-00002219-00002241 | |
| 60 | Dodd Medical Records<br>DISC-00002242-00002281 | |
| 61 | DELETED | |
| 62 | DELETED | |
| 63 | Barnett Certified Criminal Judgment<br>Barnett.001897-001901 | |
| 64 | DELETED | |
| 65 | Farber Certified Criminal Judgment<br>Barnett.001924-001928 | |
| 66 | Rodriguez Certified Criminal Judgment<br>Barnett.001916-001923 | |
| 67 | Batchelor Certified Criminal Judgment<br>Barnett.001902-001908 | |

| | | |
|---|---|---|
| 68 | Winston Certified Criminal Judgment<br>Barnett.001952-001958 | |
| 69 | DELETED | |
| 70 | Syling Certified Criminal Judgment | |
| 71 | Blevins Criminal Judgment<br>(Certified copy will be made available on receipt.) | |
| 72 | Dodd Criminal Judgment<br>(Certified copy will be made available on receipt.) | |
| 73 | DELETED | |
| 74 | DELETED | |
| 75 | Barnett Screening Form | |
| 76 | DELETED | |
| 77 | Farber Screening Form | |
| 78 | Rodriguez Screening Form | |
| 79 | Batchelor Screening Form | |

| | | |
|---|---|---|
| 80 | Winston Screening Form | |
| 81 | DELETED | |
| 82 | Syling Screening Form | |
| 83 | Blevins Screening Form | |
| 84 | Dodd Screening Form | |
| 85 | DELETED | |
| 86 | DELETED | |
| 87 | DELETED | |
| 88 | DELETED | |
| 89 | DELETED | |
| 90 | DELETED | |
| 91 | DELETED | |

| 92 | DELETED | |
|---|---|---|
| 93 | DELETED | |
| 94 | DELETED | |
| 95 | DELETED | |
| 96 | DELETED | |
| 97 | DELETED | |
| 98 | Rolston Time and Attendance Records<br>BOP.00002634-BOP.00003018 | |
| 99 | Barnett SENTRY Housing Record<br>DISC-00001416 | |
| 100 | DELETED | |
| 101 | Farber SENTRY Housing Record<br>DISC-00001423 | |
| 102 | Rodriguez SENTRY Housing Record<br>DISC-00001425 | |

| | | |
|---|---|---|
| 103 | Batchelor SENTRY Housing Record<br>DISC-00001417 | |
| 104 | Winston SENTRY Housing Record<br>DISC-00001429 | |
| 105 | Syling SENTRY Housing Record<br>DISC-00001426-00001427 | |
| 106 | Blevins SENTRY Housing Record<br>DISC-00001418-00001420 | |
| 107 | Dodd SENTRY Housing Record<br>DISC-00001422 | |
| 108 | Blevins Disciplinary History | |
| 109 | Blevins OIA<br>BOP.00011337-BOP.00011383 | |

Respectfully submitted,

JASON R. COODY
ACTING UNITED STATES ATTORNEY

*/s/ Marie A. Moyle*
Kathryn Drey
Florida Bar No.: 142492
Mary Ann Couch
Florida Bar No.: 0098917
Peter G. Fisher
Florida Bar No.: 413010
Marie A. Moyle
Florida Bar No.: 1003498
Assistant United States Attorneys
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: (850) 942-8430
*Counsel for Defendant, United States*