UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHARNESHA ALEXANDER,**

    Plaintiff,

v.                                                                          Case No: 4:19-cv-138-RH-MAF

**UNITED STATES OF AMERICA and PAUL ROLSTON,**

    Defendants.

**DEFENDANT'S NOTICE OF FILING
DESIGNATION OF DEPOSITION TESTIMONY**

Defendant, United States of America hereby identifies the following deposition testimony that it intends to introduce at trial in the following format [page]:[line] - [page]:[line]:

1. Deposition of Mark Foreman
   March 3, 2020, McRae, Georgia
   5:25-31:2; 39:12-43:17; 45:9-50:7; 51:7-57:12; 64:18-65:7; 66:7-68:23.

2. Deposition of Jamila Nix
   April 20, 2020, via videoconference
   5:4-22; 6:15-17; 7:18-8:3; 15:3-9; 16:8-25:23; 29:25-39:16; 44:5-50:20; 52:17-53:4; 54:8-55:9.

Respectfully Submitted,

JASON R. COODY
ACTING UNITED STATES ATTORNEY

*/s/ Peter G. Fisher*
Mary Ann Couch
Assistant United States Attorney
Florida Bar No. 0098917
Kathryn Drey
Assistant United States Attorney
Florida Bar No.: 142492
Peter G. Fisher
Assistant United States Attorney
Florida Bar No.: 413010
Marie A. Moyle
Assistant United States Attorney
Florida Bar No.: 1003498
111 N. Adams Street
Tallahassee, FL  32301
peter.fisher@usdoj.gov
850-942-8430