IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.                                        Case No. 4:19cv138-MW/CAS

UNITED STATES OF AMERICA
and PAUL ROLSTON,

    Defendants.
_____/

**DEFENDANT ROLSTON'S
RULE 26(a)(3) DEPOSITION DESIGNATIONS**

Defendant, PAUL ROLSTON (ROLSTON), by and through his undersigned attorneys, and pursuant to Rule 26(3)(3) of the Federal Rules of Procedure and the Court's Pretrial Order, hereby designates the deposition testimony that may be used at trial in this matter:

| Deponent | Page/Line |
|---|---|
| Charnesha Alexander | Any portion of Plaintiff's deposition may be used at trial. |
| Mark Forman | 5:25 – 33:18 |
| Jaladian Reed | 4:18-24<br>6:8-17<br>7:18-8:12<br>9:6-8<br>9:20-11:3 |

|  | 31:15-44:13 |
|---|---|
| Jada Newell | 4:13-14<br>4:21-5:2<br>7:3-9:5<br>12:24-13:11<br>15:7-15:10<br>21:15-22:7<br>24:9-25:9<br>28:18-29:3<br>34:13-35:19 |

Dated this 28th day of June 2021.

                                 HENRY BUCHANAN, P.A.

                                 *s/ J. Steven Carter*
                                 J. STEVEN CARTER
                                 Florida Bar No. 896152
                                 scarter@henryblaw.com
                                 MIRIAM R. COLES
                                 Florida Bar No. 58402
                                 mcoles@henryblaw.com
                                 Post Office Drawer 14079
                                 Tallahassee, Florida 32317-4079
                                 (850) 222-2920: Telephone
                                 (850) 224-0034: Facsimile
                                 *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF, which automatically provides electronic documentation/notification of this filing to all attorneys of record, on this the 28th day of June 2020.

*s/J. Steven Carter*
Attorney
