IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.                                  Case No. 4:19cv138-MW/CAS

UNITED STATES OF AMERICA
and PAUL ROLSTON,

    Defendants.
_____/

## DEFENDANT ROLSTON'S OBJECTIONS
## TO PLAINTIFF'S FOURTH AMENDED EXHIBIT LIST FOR TRIAL

    Defendant, PAUL ROLSTON (ROLSTON), by and through his undersigned attorneys, hereby objects to the following exhibits listed by Plaintiff in her Fourth Amended Exhibit List for trial as follows:

| Plaintiff's Exhibit No. Per Fourth Amended List | Rolston's Objection/Basis and Rule per FRE |
|---|---|
| 4 | Relevancy: FRE 401, 402, & 403<br>Hearsay: FRE 801 & 802 |
| 5 | Hearsay: FRE 801 & 802 |
| 7 | Hearsay: FRE 801 & 802 |
| 9 | Relevancy: FRE 401, 402, & 403<br>Hearsay: FRE 801 & 802 |
| 14 | Relevancy: FRE 401, 402, & 403<br>Hearsay: FRE 801 & 802 |
| 15 | Relevancy: FRE 401, 402, & 403 |

|  |  |
|---|---|
|  | Hearsay: FRE 801 & 802 |
| **16** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **17** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **18** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **19** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **20** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **21** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **31** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **32** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **33** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **35** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **48, 49, 50, 52, 53, 55, & 57** | Relevancy Objection as stated in Rolston's First Motion in Limine - FRE 401,402, & 403 |
| **58, 59, 60, 62, 63, 65, & 67** | Relevancy Objection as stated in Rolston's First Motion in Limine - FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
|  | Also, these exhibits purporting to be investigations do not appear to be complete |
| **67** | No exhibit produced; Even if a purported investigation exists, Relevancy Objection as stated in Rolston's First Motion in Limine - FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
| **68** | Relevancy: FRE 401,402, & 403 |
|  | Hearsay: FRE 801 & 802 |
|  | *See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| **69** | Relevancy: FRE 401,402, & 403 |

|    | |
|----|---|
|    | Hearsay: FRE 801 & 802<br>*Also see* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 70 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 71 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 72 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 73 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 74 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 75 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 76 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 77 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 78 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802 |

|  |  |
|---|---|
|  | *See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 79 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802 |
| 80 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 81 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>*See also,* the Court's Pretrial Order Ruling on Rolston's and USA's Motions in Limine |
| 83 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>Also, documents not produced in discovery. |
| 84 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802 |
| 85 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802 |
| 86 | Relevancy Objection as stated in Rolston's First Motion in Limine - FRE 401,402, & 403<br>Hearsay: FRE 801 & 802 |
| 87 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>Also, document not produced in discovery. |
| 88 | Relevancy: FRE 401,402, & 403<br>Hearsay: FRE 801 & 802<br>Also, document not produced in discovery. |
| 89 | Hearsay: FRE 801 & 802 |

Dated this 26th day of July 2021.

          HENRY BUCHANAN, P.A.

          *s/ J. Steven Carter*
          J. STEVEN CARTER
          Florida Bar No. 896152
          scarter@henryblaw.com
          MIRIAM R. COLES
          Florida Bar No. 58402
          mcoles@henryblaw.com
          Post Office Drawer 14079
          Tallahassee, Florida 32317-4079
          (850) 222-2920: Telephone
          (850) 224-0034: Facsimile
          *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF, which automatically provides electronic documentation/notification of this filing to all attorneys of record, on this the 26th day of July 2021.

          *s/J. Steven Carter*
          Attorney