UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| CHARNESHA ALEXANDER,<br><br> Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and PAUL ROLSTON,<br><br> Defendants. | Case No: 4:19-cv-138-RH-MAF |

**DEFENDANT, UNITED STATES' OBJECTIONS
TO PLAINTIFF'S EXHIBITS FOR TRIAL**

Defendant, United States, states its objections to Plaintiff CHARNESHA ALEXANDER's exhibits listed for trial as follows.

| Exhibit No. | Description | Defendant, United States', Objections |
|---|---|---|
| 1. | Medical records | No Objection |
| 2. | Medical request | No Objection |
| 3. | Alexander IESR | FRE 401/402, 403, 407, 802; Barred by Ruling on U.S. Motion in Limine. |
| 4. | Delinquent Local Investigations | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine. |
| 5. | Alexander Investigation | Individual components of the investigation may be admissible.  As to entirety of file:  FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine. |
| 6. | Exam room photographs | No Objection |

1

| 7. | Tucker Expert Report | FRE 401/402, 802 |
|---|---|---|
| 8. | ACOG Well Woman Care | FRE 401/402, 403, 802 |
| 9. | ACOG Sexual Misconduct | FRE 401/402, 802 |
| 10. | Standards of employee conduct | No Objection |
| 11. | Sexually Abusive Behavior | No Objection |
| 12. | Patient Care (6031.04) | No Objection |
| 13. | PREA Prison and Jail Standards | Duplicative |
| 14. | Refuge House Agreement 2015 | FRE 401/402 |
| 15. | Refuge House Agreement 2016 | No Objection |
| 16. | Lesson Plan forensic medical exams | FRE 401/402 |
| 17. | Lesson Plan sexually abusive behavior 13 | No Objection |
| 18. | Lesson Plan sexually abusive behavior 14 | No Objection |
| 19. | Lesson Plan sexually abusive behavior 15 | No Objection |
| 20. | Lesson Plan sexually abusive behavior 17 | No Objection |
| 21. | Lesson Plan supervision of offenders 16 | No Objection |
| 22. | Institution Supplement sexually abusive | No Objection |
| 23. | Managing Female Offenders | No Objection |
| 24. | Sexually abusive behavior overview | No Objection |
| 25. | PowerPoint Sexually Abusive Behavior | No Objection |
| 26. | PREA screening | No Objection |
| 27. | PREA proof of posting | No Objection |

| 28. | DELETED | |
|---|---|---|
| 29. | DELETED | |
| 30. | Rolston training list | No objection. |
| 31. | 2016 Program Review | FRE 401/402 |
| 32. | 2017 Program Review | FRE 401/402 |
| 33. | PREA Audit 2015 | No Objection |
| 34. | DELETED | |
| 35. | PREA Program Review 2014-15 (REDACTED-SANITIZED) | No Objection. |
| 36. | PREA Audit summary 15 | No Objection. |
| 37. | ACA Audit | No Objection. |
| 38. | DELETED | |
| 39. | DELETED | |
| 40. | DELETED | |
| 41. | DELETED | |
| 42. | DELETED | |
| 43. | DELETED | |
| 44. | DELETED | |
| 45. | DELETED | |
| 46. | DELETED | |
| 47. | DELETED | |
| 48. | Barnett medical records | Depending on Use: FRE 401/402, 802 |

| 49. | Batchelor medical records | Depending on Use: FRE 401/402, 802 |
|---|---|---|
| 50. | Blevins medical records | Depending on Use: FRE 401/402, 802 |
| 51. | DELETED | |
| 52. | Dodd· medical records | Depending on Use: FRE 401/402, 802 |
| 53. | Farber Medical Records | Depending on Use: FRE 401/402, 802 |
| 54. | DELETED | |
| 55. | Rodriguez Medical Records | Depending on Use: FRE 401/402, 802 |
| 56. | DELETED | |
| 57. | Winston Medical Records | Depending on Use: FRE 401/402, 802 |
| 58. | Barnett Investigation | FRE 401/402, 403, 802 |
| 59. | Batchelor Investigation | FRE 401/402, 403, 802 |
| 60. | Blevins Records | No objection. |
| 61. | DELETED | |
| 62. | Dodd Investigation | FRE 401/402, 403, 802 |
| 63. | Farber Investigation | FRE 401/402, 403, 802 |
| 64. | DELETED | |
| 65. | Rodriguez Investigation | FRE 401/402, 403, 802 |
| 66. | DELETED | |
| 67. | Winston Investigation | (Exhibit Missing – Defendant Reserves Right to Object Upon Review of Exhibit.) |

| 68. | Trauma-informed assessment* | FRE 401/402, 802; Barred by Ruling on U.S. Motion in Limine |
|---|---|---|
| 69. | Correia Declaration 1* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 70. | Correia Declaration 2* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 71. | Rolston DV Injunction 1996* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 72. | Rolston injunction action in Leon* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 73. | Highsmith Investigation* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 74. | Turner Declaration* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 75. | U.S. v. Dixon testimony* | FRE 401/402, 403, 802, ; Barred by Ruling on U.S. Motion in Limine |
| 76. | U.S. v. Moore testimony* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 77. | Walker-Fontaine deposition* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 78. | 2006 Shooting Incident Articles* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 79. | Rolston Reprimand for False Statement* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 80. | Bergonia Probable Cause Affidavit* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |

| 81. | Bergonia Prosecution Victim Letter* | FRE 401/402, 403, 802; Barred by Ruling on U.S. Motion in Limine |
| 82. | Proof of Posting PREA posters* | FRE 401/402, (Possibly Duplicative of Ex. 27.) |
| 83. | E-mails relating to Rolston* | Based on unmarked exhibits provided it appears that these include emails from multiple different authors over the course of multiple years. Defendant reserves the right to object after these emails are identified with specificity. |
| 84. | Health Services Memo 7-25-18* | FRE 401/402, 802. |
| 85. | Workforce Utilization Memo 11-2-17* | FRE 401/402, 802. |
| 86. | Dr. Rogers Memo on Barnett case* | FRE 401/402, 403, 802, Privileged and Subject to Clawback Agreement at ECF No. 109. |
| 87. | Staff Misconduct Investig. Auth 7-7-17* | FRE 401/402, 403, 404, 802. |
| 88. | Staff Misconduct Investig. Auth 7-8-16* | FRE 401/402, 403, 404, 802. |
| 89. | Transfer to FDC 1-3-19* | FRE 401/402, 403, 407, 802. |

*Defendant United States objects to these exhibits in full due to their untimely disclosures. Plaintiff designated these documents as impeachment exhibits for the first time on July 12, 2021. On July 14, 2021, Defendant United States asked Plaintiff to identify where these documents were on Plaintiff's Rule 26(a)(3) disclosures, given the Court indicated disclosures were past due, and any defects needed to be cured by June 28, 2021. [ECF No. 132 at 4].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2021, the foregoing Objections were served by email on James V. Cook at cookjv@gmail.com, and Richard Johnson at rick@rej-law.com. In addition, a copy of these Objections has been served by email on Steve Carter, at SCarter@HenryBLaw.com and Miriam Coles at MColes@HenryBLaw.com.

Respectfully submitted,

JASON R. COODY
ACTING UNITED STATES ATTORNEY

/s/   Marie A. Moyle
Mary Ann Couch
Assistant United States Attorney
Florida Bar No. 0098917
Kathryn Drey
Assistant United States Attorney
Florida Bar No.: 142492
Peter G. Fisher
Assistant United States Attorney
Florida Bar No.: 413010
Marie A. Moyle
Assistant United States Attorney
Florida Bar No.: 1003498
111 N. Adams Street
Tallahassee, FL  32301
peter.fisher@usdoj.gov
850-942-8430