# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.                                CASE NO. 4:19cv138-RH-MAF

PAUL ROLSTON,

    Defendant.

_____/

## VERDICT

WE THE JURY unanimously return the following verdict:

1. Did Mr. Rolston engage in a sexual act during Ms. Alexander's medical examination on September 27, 2016?

        YES \_\_\_\_\_      NO  ✓

FILED IN OPEN COURT ON
9/16/2021 cm
United States District Court
Northern District of Florida

*If your answer to question 1 is yes, please skip question 2 and go directly to question 3. If your answer to question 1 is no, please answer question 2.*

2. Did Mr. Rolston engage in sexual contact during Ms. Alexander's medical examination on September 27, 2016?

 YES _____  NO  ✓

*If your answer to questions 1 and 2 are both no, please skip the remaining questions.*

*If your answer to question 1 is yes, please answer questions 3, 4, and 5.*

*If your answer to question 1 is no and your answer to question 2 is yes, please skip question 3 and answer questions 4 and 5.*

3. What amount of compensatory damages, if any, do you award?

 $ _____

4. What amount of nominal damages, if any, do you award?

 $ _____

5. What amount of punitive damages, if any, do you award?

$ _____

SO SAY WE ALL on September 16th, 2021.


Foreperson

Case No. 4:19cv138-RH-MAF