# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CHARNESHA ALEXANDER,**

     **Plaintiff,**

**v.**                            **Case No. 4:19cv138-MW/CAS**

**UNITED STATES OF AMERICA**
**and PAUL ROLSTON,**

     **Defendants.**

_____/

## DEFENDANT'S MEMORANDUM OF LAW
## IN SUPPORT OF BILL OF COST AND NOTICE OF FILING
## VERIFIED BILL OF COST (FORM AO 133)

Defendant, PAUL ROLSTON (ROLSTON), by and through their undersigned counsel and pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54.2 of the Local Rules of the United States District Court for the Northern District of Florida, files this Memorandum in Support of the Defendant's Bill of Cost and requests the Clerk and the Court to award the taxable costs requested by Defendant as prevailing party in this action. In support thereof, the Defendant states:

1.      Plaintiff brought this action against Defendant Paul Rolston seeking damages and alleging claims for cruel and unusual punishment under the United States Constitution pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971). (ECF 28, First Amended Complaint at Count I)

2.      Defendant Rolston denied the Plaintiff's allegations and the matter proceeded to a jury trial the week of September 13, 2021.

3.      On September 16, 2021, the jury returned a verdict in favor of Defendant Rolston (ECF 167) and subsequently, on September 23, 2021, the Clerk entered Judgment in favor of Defendant Rolston, and dismissing the claims with prejudice. (ECF 169)

4.      In accordance with the Judgment entered in his favor, Defendant Rolston respectfully requests that the Clerk to approve and tax costs as requested and set forth in the Verified Bill of Costs filed simultaneously with this Memorandum in Support of the Bill of Cost.

## **MEMORANDUM OF LAW**

The Federal Rules of Civil Procedure provide that the prevailing party should be allowed to recover costs other than attorney fees. *See*, Fed. R. Civ. P. 54(d). "The presumption is in favor of awarding costs." *Arcadian Fertilizer, L.P. v. MPW Indus. Services, Inc.* 249 F.3d 1293, 1296 (11th Cir. 2011) Thus, pursuant to Rule 54(d)(1), costs other than attorney's fees "ordinary are taxable against the losing party."

*Williams v. Corrections of America*, 2008 WL 11344725 at *1 (N.D. Fla. 2008). Federal courts are limited to those costs specifically enumerated in 28 U.S.C. § 1920. *EEOC v. W & O, Inc.*, 213 F.3d 600, 620-24 (11th Cir. 2000); *see also, Administrative Order in the United States District Court for the Northern District of Florida, In Re: Allowable Items for Taxation of Costs.*

Defendant is the prevailing party in this action and therefore is entitled to an award of all taxable costs allowed by 28 U.S.C. § 1920. "Section 1920 enumerates expenses that a federal court may tax as a cost under the discretionary authority found in Rule 54(d)." *Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 441-442 (1987). The following category of expenses are taxable as costs under 28 U.S.C. § 1920: (1) fees of the clerk and marshal; (2) fees for printed or electronically recorded transcripts necessarily obtained for use in the case; (3) fees and disbursements for printing; (4) fees for witnesses; and (5) fees for exemplification and copies of any materials where the copies are necessarily obtained for use in the case. Also, the Eleventh Circuit holds, and this Court's Administrative Order regarding taxation of costs provides, that fees of the court reporter, fees paid to witnesses for attendance, and the court reporter's fees for the original and a party's first copy of a transcript for trial or deposition in the case are taxable. *See, EEOC v. W & O, Inc.*, 213 F.3d at 620-22; *see also, Administrative Order in the United States District Court for the Northern District of Florida, In Re: Allowable Items for*

*Taxation of Costs.* In addition, witness fees, service of process fees, and if applicable, copy costs, including copies attributable to discovery or reasonably calculated for use at trial, are taxable. *Id.*

The attached affidavit of J. Steven Carter, counsel for Defendant Rolston, establishes the taxable costs incurred by Defendant in this matter, and further that such costs and expenses were reasonably and necessarily incurred in the defense of this case. (Exhibit 1) Specifically, all costs and expenses identified and requested in the verified Bill of Costs, the affidavit, and this memorandum in support were incurred in defending the case, taking and defending numerous depositions (including Plaintiff's expert witness), preparing the case for trial, and trying the case to the jury.

As to the fees being requested for service of summons and subpoenas, courts are authorized to tax process servers' fees. *EEOC v. W & O, Inc.*, 213 F.3d at 623-24. In this case, the service of process was for the witnesses called by Defendant Rolston at the trial. Therefore, these service of process fees are reasonable and were necessary to defend the case. *See also, Administrative Order in the United States District Court for the Northern District of Florida, In Re: Allowable Items for Taxation of Costs.*

As to the fees for deposition transcripts and the related court reporter fees, the items referenced are reasonably and were necessarily obtained in the defense of this

matter based on the issues being litigated. Moreover, the depositions were either taken in the case at bar, or the consolidated cases, and therefore are appropriately taxable. *See, Administrative Order in the United States District Court for the Northern District of Florida, In Re: Allowable Items for Taxation of Costs.* In particularly, these deponents were witnesses that testified at trial, or were listed in Plaintiff's various witness lists for trial, or in her Rule 26 disclosures. The Eleventh Circuit holds that court reporter and deposition fees of witnesses reasonably necessary, such as depositions of witnesses listed by the non-prevailing party, or persons with discoverable information; or information used in preparation for trial or a motion for summary judgment, are taxable. *See, E.E.O.C. v. W&O, Inc.*, 213 F.3d at 620-22; *see also, Administrative Order in the United States District Court for the Northern District of Florida, In Re: Allowable Items for Taxation of Costs.* Therefore, these deposition transcripts were reasonably necessary in preparing the defense of the case and the reasonable costs related to the depositions should be awarded as taxable costs.

As to witness fees taxable under 28 U.S.C. § 1920(3), these fees are limited to witness payments of $40 per day as set out in 28 U.S.C. § 1821(b) and the related mileage. *See, Morrison v. Reichhold Chemicals, Inc.*, 97 F.3d 460, 463 (11th Cir. 1996).

## CONCLUSION

Accordingly, pursuant to Rule 54, Local Rule 54.2, and 28 U.S.C. § 1920, Defendant Rolston is entitled to an award of taxable costs and expenses in the amount of **$8,366.14**.

## NOTICE OF FILING BILL OF COSTS FORM AO133

Defendant Rolston, through their undersigned counsel, hereby notices the filing simultaneously with this Memorandum in Support, his Verified Bill of Costs (Form AO 133) that specifically identifies the taxable cost by category allowed pursuant to 28 U.S.C. § 1920 as permitted by the relevant statutory provisions in this case.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, prior to filing the Bill of Costs and this Memorandum in Support, the undersigned counsel contact counsel for Plaintiff via email correspondence to determine whether they oppose or consent to the requested relief.  Plaintiff's counsel advised they oppose the request.

Dated this 4th day of October 2021.

HENRY BUCHANAN, P.A.

_s/ J. Steven Carter_
J. STEVEN CARTER
Florida Bar No. 896152
scarter@henryblaw.com
MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
(850) 222-2920: Telephone
_Counsel for Defendant Rolston_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed via the CM/ECF system which will send electronic notification to all counsel of record on this 4th day of October 2021.

_s/ J. Steven Carter_
ATTORNEY

# EXHIBIT 1

**to**

DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF BILL OF
COST, FORM AO133

**AFFIDAVIT AND ITEMIZATION AND DOCUMENTATION OF
COSTS AND NECESSARY DISBURSEMENTS IN SUPPORT OF
DEFENDANT'S BILL OF COSTS AND MOTION TO TAX COSTS**

**CHARNESHA ALEXANDER v. UNITED STATES OF AMERICA and PAUL ROLSTON
CASE NO. 4:19cv138-MW/CAS**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

    Plaintiff,

v.                          Case No. 4:19cv138-MW/CAS

UNITED STATES OF AMERICA
and PAUL ROLSTON,

    Defendants.

_____/

## AFFIDAVIT OF J. STEVEN CARTER AND ITEMIZATION AND DOCUMENTATION OF TAXABLE COSTS IN SUPPORT OF DEFENDANT'S BILL OF COSTS

STATE OF FLORIDA
COUNTY OF LEON

    Before me, the undersigned authority and one authorized by law to administer oaths, personally appeared J. STEVEN CARTER, known to me, who after being duly sworn deposes and says:

    1.    My name is J. Steven Carter, and I am over the age of 18 and otherwise competent to testify about the matters stated in this affidavit. I am lead counsel of record for Defendant, PAUL ROLSTON in this action.  I have personal knowledge of the matters stated in this affidavit.

2.    The taxable costs reasonably and necessarily incurred by Defendant in the defense of this matter are itemized in Sections A-C below. Each section describes and lists the taxable costs in detail incurred and paid by Defendant for that category of taxable costs.

| Section A. | Fees for Service of Process – Subpoenas | Cost |
|---|---|---|
| 08/20/2021 | Service of process fee, Vause's Process Service, subpoena to Dorinda Paynter, Invoice No. VPS-2021-007475 | 65.00 |
| 08/20/2021 | Service of process fee, Vause's Process Service, subpoena to Harold White, Invoice No. VPS-2021-007476 | 65.00 |
| 08/23/2021 | Service of process fee, Vause's Process Service, subpoena to Laura Preston, Invoice No. VPS-2021-007479 | 75.00 |
| 08/26/2021 | Service of process fee, Vause's Process Service, subpoena to Joann Holoka, Invoice No. VPS-2021-007480 | 156.32 |
| 09/01/2021 | Service of process fee, Vause's Process Service, subpoena to Leticia Davis, Invoice No. VPS-2021-007473 (Non-Serve-Diligent) | 110.00 |
| 09/02/2021 | Service of process fee, Vause's Process Service, subpoena to Leticia Davis, Invoice No. VPS-2021-007871 | 85.00 |
| 09/14/2021 | Service of process fee, Vause's Process Service, subpoena to Jalandrian Reed, Invoice No. VPS-2021008041 (Non-Serve-Diligent) | 131.13 |
| 09/16/2021 | Service of process fee, Vause's Process Service, subpoena to Jalandrian Reed, Invoice No. VPS-2021007481 (Non-Serve-Diligent) | 131.13 |
| 09/23/2021 | Service of process fee, Vause's Process Service, subpoena to Jalandrian Reed, Invoice No. VPS-2021007950 (Non-Serve-Diligent) | 75.00 |
|  | **SUBTOTAL** | **893.58** |
|  |  |  |
|  |  |  |

| Section B. | Deposition Fees: Transcript and Reporter Fees | Cost |
|---|---|---|
| 03/13/2020 | Court reporter, Esquire Deposition Solutions, Depo. of Beth Farber, taken 02/21/2020, Invoice SO1126075 | 981.25 |
| 03/25/2020 | Court reporter, Esquire Deposition Solutions, Depo. of Charnesha L. Alexander, taken 02/26/20, Invoice INV1678598 | 1224.05 |
| 04/15/2020 | Court reporter, Phipps Reporting, Depo. Depo of Paul Rolston taken on 03/31/2020, Invoice 132961 | 590.25 |
| 05/15/2020 | Court reporter, Esquire Deposition Solutions, Depos. of JoAnn Bellamy and Jamelia Nix, taken 4/20/20, Invoice INV1693067 | 654.00 |
| 05/19/2020 | Court reporter, Esquire Deposition Solutions, Depo. of Elizabeth D. Tucker, M.D., taken 4/27/20, Invoice INV1693600 | 864.00 |
| 05/26/2020 | Court reporter, Esquire Deposition Solutions, Depos. of Patricia Cleary, Wendy K. Johnson taken 4/24/20, Invoice INV1696090 | 578.00 |
| 06/22/2020 | Court reporter, For the Record Reporting, Inc, Depos. of Ashley Barnett, Connie Batchelor, Kalena Winston and Daphne Rodriquez taken on 3/9/20 and 3/12/20, Invoice 8505 | 1105.50 |
| 05/19/2021 | Court reporter, Esquire Deposition Solutions, Depo. of Shondolyn Blevins taken 4/9/21, Invoice 1920903 | 647.60 |
| 05/24/2021 | Court reporter, Esquire Deposition Solutions, Depo. of Gabrius Immanuel Mitchell taken 4/20/21, Invoice 1923790 | 446.00 |
| | **SUBTOTAL** | **7,090.65** |

| Section D. | Witness Fees | Cost |
|---|---|---|
| 08/18/2021 | Witness fee and mileage for trial, Harold White | 42.91 |
| 08/18/2021 | Witness fee and mileage for trial, Dorinda Paynter | 42.91 |
| 08/18/2021 | Witness fee and mileage for trial, Laura Preston | 42.46 |
| 08/18/2021 | Witness fee and mileage for trial, Jalandrian Reed | 53.22 |
| 08/18/2021 | Witness fee and mileage for trial, Dr. Joann Holoka | 102.16 |
| 08/18/2021 | Witness fee and mileage for trial, Kendall Fairchild | 42.46 |
| 08/18/2021 | Witness fee and mileage for trial, Leticia Davis | 55.79 |
| | **SUBTOTAL** | **381.91** |
| | | |
| | **TOTAL TAXABLE COST** | **$8,366.14** |

3.    In addition, for each section of expense and taxable costs listed above, I have attached composite <u>Exhibits A-C</u> that correspond to the section. These composite exhibits contain the supporting, back-up documentation, and/or invoices for each expense listed above.

4.    The costs incurred in Section A for service of process were related to subpoenas for the witnesses called to testify at trial by Defendant, and thus the costs were reasonably necessary and incurred in preparing the defense of the case.

5.    The costs incurred in Section B were related to the deposition transcripts obtained during the case at bar and/or the consolidated cases. All of these costs were reasonably necessary and incurred in the preparing defense of the case.

6.    The costs incurred in Section C were related witness fees and mileage for the witnesses called to testify at trial by Defendant, and thus the costs were reasonably necessary and incurred in preparing the defense of the case.

7.    I declare under the penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not.

J. STEVEN CARTER

STATE OF FLORIDA
COUNTY OF LEON

    BEFORE ME, the undersigned authority, personally appeared J. STEVEN CARTER who is personally known.

    SWORN and SUBSCRIBED before me this *4th* day of *October*, 2021.



NOTARY PUBLIC
My Commission Expires:

ALYSSA MCDUFFIE
Commission # GG 304289
Expires March 31, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

5

# SECTION A

## <u>Composite A</u>

## Fees for Service of Process - Subpoenas

**CHARNESHA ALEXANDER v. UNITED STATES OF AMERICA and PAUL ROLSTON**
**CASE NO. 4:19cv138-MW/CAS**


*Serving Florida's Litigation Support Needs Since 1991*

**INVOICE**

Invoice #VPS-2021007475
8/20/2021

**Send Payments To:**
**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax ID 83-3525649**

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Alyssa McDuffie
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 8/19/2021    Served: 8/20/2021 10:15 am   GOV-GOVERNMENT AGENCY
To be served on: Ms. Dorinda Paynter

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee | 1.00 | 75.00 | 75.00 |
| REPEAT CLIENT DISCOUNT "THANKS FOR YOUR BUSINESS" | 1.00 | -10.00 | -10.00 |
| TOTAL CHARGED: | | | $65.00 |

| **BALANCE DUE:** | **$65.00** |
|---|---|

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF
THE ORIGINAL INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

***********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE
PROVIDING THE ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE
NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW**********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE
ORIGINAL ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z



**INVOICE**

Invoice #VPS-2021007476
8/20/2021

**Send Payments To:**
**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
Phone: (850) 656-2605
Fax: (850) 222-2412
Tax ID 83-3525649

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Alyssa McDuffie
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Roist**

Received: 8/19/2021   Served: 8/20/2021 10:15 am   GOV-GOVERNMENT AGENCY
To be served on: Harold White

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee | 1.00 | 75.00 | 75.00 |
| REPEAT CLIENT DISCOUNT "THANKS FOR YOUR BUSINESS" | 1.00 | -10.00 | -10.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:**                                                          **$65.00**

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF
THE ORIGINAL INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

**********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE
PROVIDING THE ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE
NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW**********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE
ORIGINAL ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

## Vause's Process Service

**INVOICE**

Invoice #VPS-2021007479
10/4/2021

Original Date: 8/23/2021

**Send Payments To:**
**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax ID 83-3525649**

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Casey Campbell
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 8/19/2021   Served: 8/19/2021 3:45 pm   IND-INDIVIDUAL/PERSONAL
To be served on: Laura Preston M.D.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

**BALANCE DUE:** $75.00

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF THE ORIGINAL
INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

**********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE PROVIDING THE
ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE NEEDS TO SUBMIT THE
DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW**********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE ORIGINAL ADVANCED
CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Page 1 / 1

19A090

 10/4/21

# Vause's Process Service

**INVOICE**

Invoice #VPS-2021007480
8/26/2021

**Send Payments To:**
**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
Phone: (850) 656-2605
Fax: (850) 222-2412
Tax ID 83-3525649

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Casey Campbell
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 8/19/2021   Served: 8/24/2021 12:24 pm  IND-INDIVIDUAL/PERSONAL
To be served on: Joann Holoka M.D.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH SERVICE OTHER FLORIDA CITIES | 1.00 | 120.00 | 120.00 |
| OVERNIGHT SHIPPING CHARGES | 1.00 | 36.32 | 36.32 |
| TOTAL CHARGED: | | | $156.32 |

**BALANCE DUE:**                                                                    **$156.32**

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF THE ORIGINAL INVOICE
DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

**********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE PROVIDING THE ORIGINAL
AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS
DIRECTLY AFTER YOUR REVIEW**********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE ORIGINAL ADVANCED CHECK,
DESTROYING THE CHECK WILL NOT SUFFICE



**INVOICE**

Invoice #VPS-2021007473
9/1/2021

**Send Payments To:**
**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax ID 83-3525649**

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Casey Campbell
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 8/19/2021   Non-Served: 9/1/2021   NON-SERVE - DILIGENT
To be served on: Leticia Davis

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH SERVICE OTHER FLORIDA CITIES | 1.00 | 110.00 | 110.00 |
| TOTAL CHARGED: | | | $110.00 |

**BALANCE DUE:** $110.00

**Comments pertaining to this invoice:**
8/20/2021  8:10 am   ATTEMPTED SERVICE , SPOKE WITH CURRENT DIRECTOR MICHELE EVANS WHO
                     STATED LETICIA DAVIS HAS NOT WORKED THERE IN OVER A YEAR.
8/20/2021  8:20 am   Attempted service at 1656 S. Jefferson, Monticello, FL  32344, no longer at address

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF
THE ORIGINAL INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

***********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE
PROVIDING THE ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE
NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW***********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE
ORIGINAL ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

20A090 No Rush

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Page 1 / 1

9/7/21



**Vause's Process Service**
*Serving Florida's Litigation Support Needs Since 1991*

## INVOICE

Invoice #VPS-2021007871
9/2/2021

**Send Payments To:**
**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax ID 83-3525649**

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Casey Campbell
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 9/1/2021   Served: 9/2/2021 12:45 pm  IND-INDIVIDUAL/PERSONAL
To be served on: Leticia Davis

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE AT THE JAIL | 1.00 | 85.00 | 85.00 |
| TOTAL CHARGED: | | | $85.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$85.00** |

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF
THE ORIGINAL INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

**********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE
PROVIDING THE ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE
NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW**********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE
ORIGINAL ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

19A090 - No Rush


**Vause's Process Service**
*Serving Florida's Litigation Support Needs Since 1997*

**INVOICE**

Invoice #VPS-2021008041
9/14/2021

**Send Payments To:**
**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax ID 83-3525649**

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Casey Campbell
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 9/9/2021   Non-Served: 9/11/2021   NON-SERVE - DILIGENT
To be served on: Jalandrian Reed

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH SERVICE OTHER FLORIDA CITIES | 1.00 | 110.00 | 110.00 |
| OVERNIGHT SHIPPING CHARGES | 1.00 | 21.13 | 21.13 |
| TOTAL CHARGED: | | | $131.13 |

**BALANCE DUE:** **$131.13**

**Comments pertaining to this invoice:**
9/10/2021   9:45 am   Attempted Service.  No one home, no cars.
9/9/2021    7:45 pm   Attempted Service.  No one home, no cars.

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF
THE ORIGINAL INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

***********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE
PROVIDING THE ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE
NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW***********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE
ORIGINAL ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

19A090 - No Rush

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Page 1 / 1

9/21/21



**Vause's Process Service**
*Serving Florida's Litigation Support Needs Since 1992*

**INVOICE**

Invoice #VPS-2021007481
9/16/2021

**Send Payments To:**
**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**Phone: (850) 656-2605**
**Fax: (850) 222-2412**
**Tax ID 83-3525649**

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Casey Campbell
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 8/19/2021   Non-Served: 9/7/2021  NON-SERVE - DILIGENT
To be served on: Jalandrian Reed

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| RUSH SERVICE OTHER FLORIDA CITIES | 1.00 | 110.00 | 110.00 |
| OVERNIGHT SHIPPING CHARGES | 1.00 | 21.13 | 21.13 |
| TOTAL CHARGED: | | | $131.13 |

**BALANCE DUE:** $131.13

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF THE
ORIGINAL INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

***********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE PROVIDING
THE ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE NEEDS TO SUBMIT
THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW***********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE ORIGINAL
ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

19A090

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z

Page 1 / 1
9/21/21

**Vause's Process Service**

**INVOICE**

Invoice #VPS-2021007950
9/23/2021

Original Date: 9/16/2021

**Send Payments To:**
**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
Phone: (850) 656-2605
Fax: (850) 222-2412
Tax ID 83-3525649

J. Steven Carter
Henry Buchanan Hudson Suber & Carter,
2508 Barrington Circle
Tallahassee, FL 32308

Your Contact: Casey Campbell
**Case Number: Northern 4:19CV138-MW/CAS**

Plaintiff:
**Charnesha Alexander**

Defendant:
**United States of America and Paul Rolst**

Received: 9/3/2021   Non-Served: 9/10/2021  NON-SERVE - DILIGENT
To be served on: Jalandrian Reed

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF THE
ORIGINAL INVOICE DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

**********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE PROVIDING
THE ORIGINAL AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE NEEDS TO SUBMIT
THE DOCUMENTS TO THE COURTS DIRECTLY AFTER YOUR REVIEW**********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE ORIGINAL
ADVANCED CHECK, DESTROYING THE CHECK WILL NOT SUFFICE

.9A090 - No Rush

9/27/21

# SECTION B

## Composite B

## Deposition Fees:  Transcript and Court Reporter Fees

**CHARNESHA ALEXANDER v. UNITED STATES OF AMERICA and PAUL ROLSTON
CASE NO. 4:19cv138-MW/CAS**

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 04/15/20 | COURT REPORTER FEES (19A091) | 650 | 981.25 | | 981.25 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 04/21/20 | 42033 | 981.25 | 0.00 | 981.25 |

Safeguard    SFMS01353-1     LITHO USA    SF6L2  O47SC011EL     TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143     CRL71F0010000     G07SF014940



**ESQUIRE**
DEPOSITION SOLUTIONS

*Proxy Invoice*   **SO1126075**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 3/13/2020 | **Client Number** | C279049 |
| **Terms** | COD | **Esquire Office** | Tampa |
| **Due Date** | | **Proceeding Type** | Backorder |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**

Richard E Johnson PA
314 West Jefferson Street
Tallahassee FL 32301

**Ship To Address**

Henry Buchanan, P.A. - Tallahasee
Carter, J Steven
2508 Barrington Circle
Tallahassee FL 32308

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/21/2020 | J5327301 | Orlando, FLORIDA | MICHELLE MORTON V USA AND PAUL RALSTON |

| Description | Qty | Unit Rate | Amount | Deponent |
|---|---|---|---|---|
| TRANSCRIPT - COPY-TELE-WI | 243 | 3.75 | 911.25 | Beth Farber |
| CONDENSED TRANSCRIPT | 1 | 20.00 | 20.00 | Beth Farber |
| PROCESSING & COMPLIANCE | 1 | 25.00 | 25.00 | Beth Farber |

| | |
|---|---|
| **Subtotal** | 956.25 |
| **Shipping Cost (FedEx)** | 25.00 |
| **Total** | $981.25 |

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Richard E Johnson PA |
| **Client #** | C279049 |
| **Invoice #** | SO1126075 |
| **Invoice Date** | 3/13/2020 |
| **Due Date** | |
| **Amount Due** | $ |

19A091

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 05/26/20 | COURT REPORTER FEES | 650 | 1,992.75 | | 1,992.75 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 05/27/20 | 42102 | 1,992.75 | 0.00 | 1,992.75 |



# ESQUIRE

**Invoice  INV1678598**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 3/25/2020 | **Client Number** | C04021 |
| **Terms** | Net 30 | **Esquire Office** | Tampa |
| **Due Date** | 4/24/2020 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee FL 32308

**Services Provided For**
Henry Buchanan, P.A. - Tallahasee
Carter, J Steven
2508 Barrington Circle
Tallahassee FL 32308

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 2/26/2020 | J5176542 | Waseca, MINNESOTA | CHARNESHA ALEXANDER VS UNITED STATES OF AMERICA |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-TELE-WI | Charnesha L. Alexander | 309 | 3.70 | 1,143.30 |
| EXHIBITS B&W | Charnesha L. Alexander | 65 | 0.55 | 35.75 |
| PROCESSING & COMPLIANCE | Charnesha L. Alexander | 1 | 45.00 | 45.00 |
| EXHIBITS COLOR | Charnesha L. Alexander | -5 | 0.00 | 0.00 |

| | |
|---|---|
| **Subtotal** | 1,224.05 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 1,224.05 |
| **Amount Due** | $1,224.05 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Henry Buchanan, P.A. - Tallahas... |
| **Client #** | C04021 |
| **Invoice #** | INV1678598 |
| **Invoice Date** | 3/25/2020 |
| **Due Date** | 4/24/2020 |
| **Amount Due** | $ 1,224.05 |

19A090

# INVOICE

## PHIPPS REPORTING
### HEADQUARTERS
1551 Forum Place, Suite 200-E West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-290-1595
billing@phippsreporting.com • www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 125016 | 4/15/2020 | 132961 |

| Job Date | Case No. | |
|---|---|---|
| 3/31/2020 | 418CV177RHCAS | |

| Case Name | | |
|---|---|---|
| Michelle Morton vs. United States of America | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

J. Steven Carter
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL  32308

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Paul Rolston | 160.00 | Pages | @ | 3.25 | 520.00 |
| E-Litigation Package | | | | 35.00 | 35.00 |
| Paperless delivery:  One tree will be planted in your honor! | | | | 0.00 | 0.00 |
| Paul Rolston- Exhibits | | | | | |
| Exhibits:  Scanning | 81.00 | Pages | @ | 0.25 | 20.25 |
| Exhibits:  Hyperlinked to Transcript | | | | 15.00 | 15.00 |

| | | |
|---|---|---|
| TOTAL DUE  >>> | | $590.25 |
| AFTER 5/30/2020  PAY | | $649.28 |

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as
no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at
https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 590.25 |

Tax ID: 90-0628164

Phone: 850-222-2920    Fax:850-224-0034

*Please detach bottom portion and return with payment.*

J. Steven Carter
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee, FL  32308

| | | | | |
|---|---|---|---|---|
| Job No. | : 132961 | BU ID | : FL-PAN | |
| Case No. | : 418CV177RHCAS | | | |
| Case Name | : Michelle Morton vs. United States of America | | | |
| Invoice No. | : 125016 | Invoice Date | : 4/15/2020 | |
| Total Due | : $590.25 | | | |

PAID
Check No. 42132
Date 6-4-20

**PAYMENT WITH CREDIT CARD**     AMEX   (card)   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL  33401**

19A091



**ESQUIRE**

**Invoice   INV1693067**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| Date | 5/15/2020 | Client Number | C04021 |
| Terms | Net 30 | Esquire Office | Tampa |
| Due Date | 6/14/2020 | Proceeding Type | Backorder |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | R20FLN04242 |
| | | Client Claim/Matter # | R20FLN04242 |
| | | Date of Loss | |

**Bill To**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee FL 32308

**Services Provided For**
Henry Buchanan, P.A. - Tallahasee
Carter, J Steven
2508 Barrington Circle
Tallahassee FL 32308

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/20/2020 | J5528302 | Tallahassee, FLORIDA | CHARNESHA ALEXANDER VS UNITED STATES OF AMERICA |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-WI | JoAnn Bellamy | 72 | 4.00 | 288.00 |
| CONDENSED TRANSCRIPT | JoAnn Bellamy | 1 | 20.00 | 20.00 |
| PROCESSING & COMPLIANCE | JoAnn Bellamy | 1 | 25.00 | 25.00 |
| TRANSCRIPT - COPY-VC-WI | Jamelia Nix | 69 | 4.00 | 276.00 |
| CONDENSED TRANSCRIPT | Jamelia Nix | 1 | 20.00 | 20.00 |
| PROCESSING & COMPLIANCE | Jamelia Nix | 1 | 25.00 | 25.00 |

| | |
|---|---|
| **Subtotal** | 654.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 654.00 |
| **Amount Due** | $654.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Henry Buchanan, P.A. - Tallahas... |
| **Client #** | C04021 |
| **Invoice #** | INV1693067 |
| **Invoice Date** | 5/15/2020 |
| **Due Date** | 6/14/2020 |
| **Amount Due** | $ 654.00 |

19A090



# ESQUIRE

*Invoice*  **INV1693600**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 5/19/2020 | **Client Number** | C04021 |
| **Terms** | Net 30 | **Esquire Office** | Tampa |
| **Due Date** | 6/18/2020 | **Proceeding Type** | Backorder |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | R20FLN04242 |
| | | **Client Claim/Matter #** | R20FLN04242 |
| | | **Date of Loss** | |

**Bill To**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee FL 32308

**Services Provided For**
Henry Buchanan, P.A. - Tallahasee
Carter, J Steven
2508 Barrington Circle
Tallahassee FL 32308

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/27/2020 | J5528301 | Tallahassee, FLORIDA | CHARNESHA ALEXANDER VS UNITED STATES OF AMERICA |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-EXP-VC-WI | Elisabeth D. T... | 182 | 4.50 | 819.00 |
| CONDENSED TRANSCRIPT | Elisabeth D. T... | 1 | 20.00 | 20.00 |
| PROCESSING & COMPLIANCE | Elisabeth D. T... | 1 | 25.00 | 25.00 |

*Tucker*

| | |
|---|---|
| **Subtotal** | 864.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 864.00 |
| **Amount Due** | $864.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Henry Buchanan, P.A. - Tallahas... |
| **Client #** | C04021 |
| **Invoice #** | INV1693600 |
| **Invoice Date** | 5/19/2020 |
| **Due Date** | 6/18/2020 |
| **Amount Due** | $ 864.00 |

*19A090*



**ESQUIRE**

**Invoice   INV1696090**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 5/26/2020 | **Client Number** | C04021 |
| **Terms** | Net 30 | **Esquire Office** | Tampa |
| **Due Date** | 6/25/2020 | **Proceeding Type** | Backorder |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee FL 32308

**Services Provided For**
Henry Buchanan, P.A. - Tallahasee
Carter, J Steven
2508 Barrington Circle
Tallahassee FL 32308

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/24/2020 | J5547480 | Tallahassee, FLORIDA | CHARNESHA ALEXANDER VS UNITED STATES |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-WI | Patricia Cleary | 78 | 4.00 | 312.00 |
| CONDENSED TRANSCRIPT | Patricia Cleary | 1 | 20.00 | 20.00 |
| PROCESSING & COMPLIANCE | Patricia Cleary | 1 | 25.00 | 25.00 |
| TRANSCRIPT - COPY-VC-WI | Wendy K. Joh... | 44 | 4.00 | 176.00 |
| CONDENSED TRANSCRIPT | Wendy K. Joh... | 1 | 20.00 | 20.00 |
| PROCESSING & COMPLIANCE | Wendy K. Joh... | 1 | 25.00 | 25.00 |

| | |
|---|---|
| **Subtotal** | 578.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | 578.00 |
| **Amount Due** | $578.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Henry Buchanan, P.A. - Tallahas... |
| **Client #** | C04021 |
| **Invoice #** | INV1696090 |
| **Invoice Date** | 5/26/2020 |
| **Due Date** | 6/25/2020 |
| **Amount Due** | $ 578.00 |

19A090

HENRY BUCHANAN, P.A.

Vendor:   131  FOR THE RECORD REPORTING, INC.

42242

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 07/31/20 | COURT REPORTER FEES (19A091) | 650 | 1,105.50 | | 1,105.50 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 07/31/20 | 42242 | 1,105.50 | 0.00 | 1,105.50 |

 Safeguard®

SFMS01353-1
LITHO USA   SF512  CK7808112L

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143

CRL71F0010000        G07SF014940

For the Record Reporting, Inc.
1500 Mahan Drive, Suite 140
Tallahassee, FL 32308
P.O. Box 12042
Tallahassee, FL 32317
850-222-5491
Tax ID 59-3616998

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2020 | 8505 |

PAST DUE

| Bill To |
|---------|
| Henry Buchanan, P.A.<br>Henry Buchanan, Esquire<br>2508 Barrington Circle<br>Tallahassee, FL 32308 |

| Job No. | |
|---------|--|
| | |

| Job Description |
|-----------------|
| Michelle Morton vs. USA and<br>Paul Rolston<br>Case No. 4:18-CV-00177-RH/CAS |

| Reporter | JCH |
|----------|-----|

| Quantity / Hours | Item | Description | Rate | Amount |
|------------------|------|-------------|------|--------|
| 402 | Transcript Copy | Depositions of Ashley Barnett, Connie Batchelor, Kalena Winston and Daphne Rodriquez taken on 3/9/20 and 3/12/20 | 2.75 | 1,105.50 |

| | |
|--|--|
| **Total** | $1,105.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,105.50 |

DUE UPON RECEIPT. INVOICES WILL ACCRUE INTEREST @ 2% PER MONTH.

19A091

ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV1920903**

| | |
|---|---|
| Date | 5/19/2021 |
| Terms | Net 30 |
| Due Date | 6/18/2021 |

| | |
|---|---|
| Client Number | C04021 |
| Esquire Office | Tampa |
| Proceeding Type | Backorder |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | R20FLN04242 |
| Client Claim/Matter # | R20FLN04242 |
| Date of Loss | |

**Bill To**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee FL 32308

**Services Provided For**
Henry Buchanan PA - Tallahassee
Carter, J Steven
2508 Barrington Circle
Tallahassee FL 32308

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/9/2020 | J7119821 | Tallahassee, FLORIDA | CHARNESHA ALEXANDER VS UNITED STATES OF AMERICA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-TELE-WI | Shondolyn Blevins | 84 | 4.00 | | 336.00 |
| 5 DAY EXPEDITE | Shondolyn Blevins | | | | 201.60 |
| DIGITAL TRANSCRIPT-PDF-PTX | Shondolyn Blevins | 1 | 35.00 | | 35.00 |
| CONDENSED TRANSCRIPT | Shondolyn Blevins | 1 | 20.00 | | 20.00 |
| PROCESSING & COMPLIANCE | Shondolyn Blevins | 1 | 30.00 | | 30.00 |

| | |
|---|---|
| Subtotal | 622.60 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 647.60 |
| Amount Due | $647.60 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and new questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Henry Buchanan PA - Tallahassee |
| Client # | C04021 |
| Invoice # | INV1920903 |
| Invoice Date | 5/19/2021 |
| Due Date | 6/18/2021 |
| Amount Due | $ 647.60 |

Rolston 19.A090 5/28/21


# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV1923790**

| | |
|---|---|
| Date | 5/24/2021 |
| Terms | Net 30 |
| Due Date | 6/23/2021 |

| | |
|---|---|
| Client Number | C04021 |
| Esquire Office | Tampa |
| Proceeding Type | Backorder |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | R20FLN04242 |
| Client Claim/Matter # | R20FLN04242 |
| Date of Loss | |

**Bill To**
Henry Buchanan, P.A.
2508 Barrington Circle
Tallahassee FL 32308

**Services Provided For**
Henry Buchanan PA - Tallahassee
Carter, J Steven
2508 Barrington Circle
Tallahassee FL 32308

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/20/2020 | J7119985 | Tallahassee, FLORIDA | CHARNESHA ALEXANDER VS UNITED STATES OF AMERICA |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-WI | Gabrius Immanuel Mitchell | 60 | 4.00 | | 240.00 |
| 7 DAY EXPEDITE | Gabrius Immanuel Mitchell | | | | 96.00 |
| CONDENSED TRANSCRIPT | Gabrius Immanuel Mitchell | 1 | 20.00 | | 20.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Gabrius Immanuel Mitchell | 1 | 35.00 | | 35.00 |
| PROCESSING & COMPLIANCE | Gabrius Immanuel Mitchell | 1 | 30.00 | | 30.00 |

| | |
|---|---|
| Subtotal | 421.00 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 446.00 |
| Amount Due | $446.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight**
Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Henry Buchanan PA - Tallahassee |
| Client # | C04021 |
| Invoice # | INV1923790 |
| Invoice Date | 5/24/2021 |
| Due Date | 6/23/2021 |
| Amount Due | $ 446.00 |

Rolston - 19A090   6/1/21

# SECTION C

## Composite C

# Witness Fees

**CHARNESHA ALEXANDER v. UNITED STATES OF AMERICA and PAUL ROLSTON
CASE NO. 4:19cv138-MW/CAS**

HENRY BUCHANAN, P.A.

Vendor:    1 HAROLD WHITE

43361

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|---|
| 08/18/21 | WITNESS FEE FOR TRIAL (19A090) | | 650 | 42.91 | | 42.91 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 08/18/21 | 43361 | 42.91 | 0.00 | 42.91 |

SFMS01353-1  LITHO USA  SFSL2 CK7500112L     TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143     CRL71F6010000    G07SF014940

## CHECK REQUEST

Amount $ 42.91                Date Aug. 17, 2021

X  Regular Account                _____ Trust Account

Payable to Harold White

Charge to/Matter (Name of Client) Alexander V. DOJ

File No. RHET 19A090            Check No. _____

Purpose Witness Fee

Casey Campbell
Requested By

NRY BUCHANAN, P.A.

ndor:    1 DORINDA PAYNTER                                                      43358

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 8/18/21 | WITNESS FEE FOR TRIAL (19A090) | 650 | 42.91 | | 42.91 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/18/21 | 43358 | 42.91 | 0.00 | 42.91 |

SFMS01353-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143          CRL71F0010000      G07SF014940

feguard    LITHO USA   sFRL2  CK7506112L

## CHECK REQUEST

Amount $ 42.91 _____        Date Aug. 17, 2021 _____

__X__  Regular Account        _____  Trust Account

Payable to Dorinda Paynter _____

_____

Charge to/Matter (Name of Client) Alexander v. DOJ _____

File No. ~~PNET~~ 19A090 _____        Check No. _____

Purpose Witness Fee _____

_____

Casey Campbell
Requested By

HENRY BUCHANAN, P.A.

Vendor:     1 LAURA PRESTON

43359

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 08/18/21 | WITNESS FEE FOR TRIAL (19A090) | 650 | 42.46 | | 42.46 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/18/21 | 43359 | 42.46 | 0.00 | 42.46 |

safeguard    SFMS01353-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143    CRL71F0010000    G07SF014840
LITHO USA    SFSL2  CK7508112L

## CHECK REQUEST

Amount $ 42.46                    Date Aug. 17, 2021

__X__ Regular Account            _____ Trust Account

Payable to Laura Preston

Charge to/Matter (Name of Client) Alexander v DOJ

File No. ~~PART~~ 19A090              Check No._____

Purpose Witness Fee

Casey Campbell
Requested By

ENRY BUCHANAN, P.A.

Vendor:     1 JALANDRIAN REED                                                    43360

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|--|-----------|--------|------|---------|
| 08/18/21 | WITNESS FEE FOR TRIAL (19A090) | | 650 | 53.22 | | 53.22 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/18/21 | 43360 | 53.22 | 0.00 | 53.22 |

feguard    SFMS01353-1
LITHO USA    SF5L2  FX750811'2L    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143    CRL71F0010000    G07SF014940

---

## CHECK REQUEST

Amount $ 53.22 _____     Date Aug. 17, 2021 _____

__X__ Regular Account            _____ Trust Account

Payable to _Jalandrian Reed_____

_____

Charge to/Matter (Name of Client) Alexander V. DOJ_____

File No. ~~RHET~~ 19A090_____     Check No. _____

Purpose Witness Fee_____

_____

Casey Campbell
Requested By

RY BUCHANAN, P.A.

idor:        1 JOANN HOLOKA

43357

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 3/18/21 | WITNESS FEE FOR TRIAL (19A090) | 650 | 102.16 | | 102.16 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/18/21 | 43357 | 102.16 | 0.00 | 102.16 |

SFMS01363-1          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143          CRL71F0010000    G07SF014940

eguard®  LITHO USA · SFSL2   CK7S56112L

## CHECK REQUEST

Amount $ 102.16 _____          Date Aug. 17, 2021 _____

___X___ Regular Account                    _____ Trust Account

Payable to Joann Holoka _____

Charge to/Matter (Name of Client) Alexander v. DOJ _____

File No. FMGT 19A090 _____          Check No. _____

Purpose Witness Fee _____

_____

Casey Campbell
Requested By

ENRY BUCHANAN, P.A.

endor:     1 KENDALL FAIRCHILD                                                  4 3 3 5 5

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 08/18/21 | WITNESS FEE FOR TRIAL (19A090) | 650 | 42.46 | | 42.46 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/18/21 | 43355 | 42.46 | 0.00 | 42.46 |

SFMS01353-1
safeguard  LITHO USA  SFSL2  CK7S081121.     TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143     CRL71F0010000     G07SF014940

## CHECK REQUEST

Amount $ 42.46                                    Date Aug. 17, 2021

___X___   Regular Account                         _____  Trust Account

Payable to Kendall Fairchild

Charge to/Matter (Name of Client) Alexander v. DOJ

File No. ~~PMET~~ 19A090                           Check No. _____

Purpose Witness Fee

Casey Campbell
Requested By

NRY BUCHANAN, P.A.

ndor:   1 LETICIA DAVIS

43354

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 8/18/21 | WITNESS FEE FOR TRIAL (19A090) | 650 | 55.79 | | 55.79 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/18/21 | 43354 | 55.79 | 0.00 | 55.79 |

SFMS01353-1   LITHO USA   SFSL2   CK78081112L   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 850 562-7143   CRL71F0010000   G07SF014840

ifeguard

## CHECK REQUEST

Amount $ 55.79     Date Aug. 17, 2021

__X__ Regular Account     _____ Trust Account

Payable to Leticia Davis

Charge to/Matter (Name of Client) Alexander v. DoJ

File No. RMBT 19A090     Check No. _____

Purpose Witness Fee

Casey Campbell
Requested By