UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARNESHA ALEXANDER,

   Plaintiff,

v.                                              CASE NO. 4:19cv138-RH-MAF &
                                                      CASE NO. 4:18cv177-RH-CAS

UNITED STATES OF AMERICA
and PAUL ROLSTON.

   Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff CHARNESHA ALEXANDER hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following judgments and orders from the above-referenced two cases. Ms. Alexander's case and that of a third plaintiff were consolidated into the case of Michelle Morton, Case No. 4:18cv177-RH-CAS. Upon settlement by Ms. Morton and the third plaintiff, Ms. Alexander's case went back to its own case number for trial. This appeal seeks review of orders in both cases.

From Case No. 4:19cv138-RH-MAF: ECF No. 109: Order Confirming Applicability of Order Allowing Access to Medical Records; ECF No.132 Pre-Trial Order; ECF No. 169 Clerk's Judgment.

From Case NO. 4:18cv177-RH-CAS: ECF No. 32 Order on Information Subject to the Privacy Act; ECF No. 75 Order Continuing the Trial and Ruling on the Motions in Limine; ECF No. 85 Order Allowing Access to Medical Records; ECF No. 119 Order on Scope of Discovery, Number of Depositions, and Conflicts with Trial Date; ECF No. 130 Order Partially Granting the Motion to Compel Discovery.

Respectfully submitted,

*/s/ Richard E. Johnson*
Richard E. Johnson
Florida Bar No. 858323
rick@rej-law.com
Law Office of Richard E. Johnson
314 West Jefferson St.
Tallahassee, FL 32301
(850) 425-1997

James V. Cook
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served the foregoing document through the court's CM/ECF system this 22d day of October, 2021.

*/s/ Richard E. Johnson*
Richard E. Johnson